UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CEDRIC HARRINGTON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SOUTHWESTERN BELL TELEPHONE L.P., a/k/a AT&T COMMUNICATIONS OF TEXAS, LLC, a/k/a AT&T SOUTHWEST; and AT&T SERVICES, INC.,<br><br>*Defendants*. | Case No. 5:21-CV-00012-JKP-RBF |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

On this day, the Court considered Defendants' Motion to Dismiss (the "Motion"). After considering the Motion, responses, any replies thereto, the applicable law, the arguments of counsel, if any, and all other relevant factors, and determines that this action should be **DISMISSED WITH PREJUDICE**.

**It is so ORDERED.**

SIGNED ON _____

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE