UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

CEDRIC HARRINGTON, INDIVIDU-
ALLY AND ON BEHALF OF ALL
OTHERS SIMILARILY SITUATED;

  *Plaintiff*,                                 Case No. SA-21-CV-00012-JKP

v.

AT&T SERVICES, INC., SOUTH-
WESTERN BELL TELEPHONE
COMPANY, L.P.,

  *Defendants*.

## FINAL JUDGMENT

      The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action with prejudice under Fed. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted. Plaintiffs take nothing from their claims against Defendant.

      SIGNED this 9th day of June, 2021.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE